February 27, 2004

Ms. Sandra Sterba-Boatwright
Donnell & Abernethy
P.O. Box 2624
Corpus Christi, TX 78403-2624

Ms. Sandra Sterba-Boatwright
Donnell & Abernethy
P.O. Box 2624
Corpus Christi, TX 78403-2624
Mr. Randy Mack
Law Office of Randy Mack
2001 S. Staples, Suite 100
Corpus Christi, TX 78404

RE: Case Number: 01-1106
 Court of Appeals Number: 13-99-00820-CV
 Trial Court Number: 97-5656-A

Style: FLOUR BLUFF INDEPENDENT SCHOOL DISTRICT
 v.
 MARGARET BASS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Patsy Perez|